IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL A. WESCOTT, | : |
| Plaintiff, | : |
| v. | : Civ. No. 21-462-LPS |
| SPARKSLABS IOT ACCELERATOR FUND., L.P., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this 9th day of November, 2021;

IT IS ORDERED that:

1. The Clerk of Court is directed to TRANSFER this action to the United States District Court for the Northern District of California.

2. The Clerk of Court is directed to CLOSE this case.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE